UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                    CASE NO. 25-17069-BKC-MAM
                                                          CHAPTER 13
AIDALINA C. GARCIA

_____/

**VERIFIED MOTION TO EXTEND AUTOMATIC STAY
PURSUANT TO §362(c)(3)(B)**

COMES NOW the Debtor, AIDALINA C. GARCIA, by and through her undersigned attorney, moves this Honorable Court to extend the Automatic Stay pursuant to §362(c)(3)(B). As grounds for this request, the Debtor states:

1. Pursuant to §362(c)(3)(A) the automatic stay will termination as to the Debtor's creditors on July 23, 2025.

2. §362(c)(3)(B) states in part:

    on the motion of a party in interest for continuance of the automatic stay and upon notice and a hearing, the court may extend the stay in particular cases as to any or all creditors (subject to such conditions or limitations as the court may then impose) after notice and a hearing completed before the expiration of the 30-day period...

3. Therefore, a hearing must be heard on or before July 23, 2025.

4. The Debtor filed the above-referenced voluntary Chapter 13 Petition on June 23, 2025.

5. The Debtor filed a previous case under case number 25-10126-SMG on January 7, 2025.

6. The Debtor was not able to fund the Plan in the prior case due to the fact that she is on a fixed income.

7. On February 24, 2025 the Debtor's case was dismissed (DE 22) for failure to fund the Plan.

8. There has been a significant change in circumstances in the instant case as the Debtor's daughter, Deyanira has received a raise and will be contributing $1,500.00 per month and the Debtor's daughter, Gisselle will be contributing $950.00 per month. They are residing with the Debtor and assisting with the household bills and mortgage payment.

9. The Debtor is now seeking to extend the automatic stay beyond the initial 30-day period through the entire pendency of the chapter 13 plan. The Debtor does not believe that any creditor would be prejudiced and good faith exists.

10. The Debtor believes these circumstances make this second filing appropriate at this time.

WHEREFORE, the Debtor respectfully requests this Honorable Court grant this Motion to extend the Automatic Stay pursuant to §362(c)(3)(B) through completion of the Chapter 13 Plan, as to all of the Debtor's creditors.

### VERIFICATION PURSUANT TO LOCAL RULE 4001-1 (L):

I, AIDALINA C. GARCIA, state that my prior bankruptcy case was dismissed as I was unable to fund the Chapter 13 Plan in light of the fact that I am on a fixed income. My daughter and my sister are now residing with me and assisting with the household bills and mortgage payment. I state that these facts are true and correct and that I am filing this case in good faith.

_/s/ Aidalina C. Garcia_
Aidalina C. Garcia

Dated: June 29, 2025

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
800 W. Cypress Creek Rd., Ste 502
Ft. Lauderdale, FL 33309
(954) 535-1131

By: /s/ Michael H. Johnson
    Michael H. Johnson
    Florida Bar No. 0149543

I HEREBY CERTIFY THAT I AM ADMITTED TO THE BAR OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA AND I AM IN COMPLIANCE WITH THE ADDITIONAL QUALIFICATIONS TO PRACTICE IN THIS COURT SET FORTH IN LOCAL RULE 2090-1(A).