UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CASE NO: 25-17069-SMG
CHAPTER: 13

Aidalina C. Garcia
*aka* Aidalina Del Socorro Garcia
    Debtor.
_____/

### MOTION TO VACATE MORTGAGE MODIFICATION MEDIATION ORDER AND COMPEL DEBTOR TO FILE AN AMENDED CHAPTER 13 PLAN

**COMES NOW**, U.S. BANK NA, SUCCESSOR TRUSTEE TO BANK OF AMERICA, NA, SUCCESSOR IN INTEREST TO LASALLE BANK NA, AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-OA6 TRUST ("Movant"), by and through its undersigned counsel, hereby files its Motion to Vacate Mortgage Modification Mediation Order and Compel Debtor to File an Amended Chapter 13 Plan and, in support thereof states as follows:

1. Debtor filed a Voluntary Chapter 13 proceeding pursuant to the United States Bankruptcy Code ("Bankruptcy Code") with this Court on June 23, 2025.

2. Secured Creditor holds a Mortgage on the Debtor's property located at 12723 SW 53 Ct., Miramar, FL 33027 ("Property"), recorded in the Clerk of Court of Broward County, Florida.

3. Debtor filed an *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation (DE #26) on July 15, 2025.

4. An Order Granting Debtor's Verified *Ex Parte* Motion for Referral to Mortgage Modification Mediation (DE #27) was entered on July 18, 2025.

5. There are no loss mitigation options available on this account. The account is contractually due for December 1, 2010 or 176 payments.

6. Additionally, as of the date of this Motion, the portal has not been opened.

7. Secured Creditor respectfully requests this Court enter an Order Vacating the Mortgage Modification Mediation Order (DE #27) and Compelling Debtor to Amend the Chapter 13 Plan.

**WHEREFORE**, Movant requests that this Court enter an Order Granting this Motion to Compel Debtor to Amend Plan, as well as Vacating the MMM Order, and requiring Debtor to file an Amended Plan within fourteen (14) days or this Case will be dismissed and any other relief as it deems just and proper.

Date: August 15, 2025

Respectfully Submitted,

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
*Attorney for Secured Creditor*
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909

By: */s/ Giselle Velez*
Giselle Velez, Esquire
Florida Bar Number 71004
Email: gvelez@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Compel was delivered to the addresses on the attached mailing list by First Class U.S. mail postage pre-paid, and/or by Electronic Filing on this day of 15th August, 2025.

Aidalina C. Garcia
12723 SW 53 Ct.
Miramar, FL 33027

Michael H. Johnson
800 W. Cypress Creek Rd., Ste. 502
Fort Lauderdale, FL 33309

Robin R Weiner
Robin R. Weiner, Chapter 13 Trustee
Post Office Box 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

    Respectfully Submitted,

    **ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
    *Attorney for Secured Creditor*
    6409 Congress Ave., Suite 100
    Boca Raton, FL 33487
    Telephone: 561-241-6901
    Facsimile: 561-997-6909

    By: */s/ Giselle Velez*
    Giselle Velez, Esquire
    Florida Bar Number 71004
    Email: gvelez@raslg.com