UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 25-17069-BKC-SMG
PROCEEDING UNDER CHAPTER 13

IN RE:

AIDALINA C. GARCIA
XXX-XX-9671

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 30th day of October, 2025.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  25-17069-BKC-SMG

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
AIDALINA C. GARCIA
12723 SW 53 CT.
MIRAMAR, FL  33027

**ATTORNEY FOR DEBTOR**
MICHAEL H. JOHNSON, ESQUIRE
800 WEST CYPRESS CREEK ROAD
SUITE 502
FORT LAUDERDALE, FL  33309

**CREDITOR(S)**
BLUEGRASS LAKES COMMUNITY MASTER ASSOC.
C/O REALMANAGE
11784 WEST SAMPLE RD., #103
CORAL SPRINGS, FL  33065

BROUGH, CHADROW & LEVINE, P.A.
2149 NORTH COMMERCE PARKWAY
WESTON, FL  33326

CAMELOT ESTATES HOMEOWNERS ASSOC., INC.
C/O LANDMARK MANAGEMENT SERVICES, INC.
1941 NW 150 AVENUE
PEMBROKE PINES, FL  33028

CAMELOT ESTATES HOMEOWNERS ASSOCIATION, INC.
C/O BROUGH, CHADROW & LEVINE, P.A.
2149 NORTH COMMERCE PARKWAY
WESTON, FL  33326

CHRISTIAN MCCUE
6245 N FEDERAL HIGHWAY
#418
FT. LAUDERDALE, FL  33308

DIAZ, ANSELMO & ASSOCIATES, PA
499 NW 70 AVE., #309
FORT LAUDERDALE, FL  33317

MOTION TO DISMISS
CASE NO.:  25-17069-BKC-SMG

INTERNAL REVENUE SERVICE
POB 7346
PHILADELPHIA, PA  19101-7346

ROBERTSON, ANSCHULTZ, SCHNEID, CRANE & PARTNERS
13010 MORRIS RD SUITE 450
ALPHARETTA, GA  30004

SELECT PORTFOLIO SERVICING INC.
POB 65250
CODE: MC 240
SALT LAKE CITY, UT  84165

SELECT PORTFOLIO SERVICING, INC.
POB 65450
SALT LAKE CITY, UT  84165-0450

STEVEN & GOLDWYN, PA
2 SOUTH UNIVERSITY DRIVE STE 329
PLANTATION, FL  33329

TROMBERG, MORRIS & PARTNERS PLLC
600 WEST HILLSBORO BLVD SUITE 600
DEERFIELD BEACH, FL  33441

U.S. BANK NA
SELECT PORTFOLIO SERVICING
3217 S. DECKER LAKE DR.
SALT LAKE CITY, UT

U.S. BANK TRUST NATIONAL ASSOCIATION
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA  30004

UNITED STATES TREASURY
POB 7317
PHILADELPHIA, PA  19101-7317

US BANK
425 WALNUT STREET
CINCINNATI, OH  45202